# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRIAN BAKER,<br><br>　　　　Plaintiff,<br><br>v s .<br><br>MIDWEST FIRST STAR, INC., *et al.*,<br><br>　　　　Defendants. | CASE NO. 1:23-cv-2208-CEF<br><br>JUDGE CHARLES ESQUE FLEMING |

### STIPULATED MOTION FOR RULE 21 DISMISSAL OF ALL CLAIMS EXCEPT BAKER'S RETALIATORY TERMINATION CLAIMS

The parties submit this *Stipulated Motion,* per FRCP 21, to dismiss all of Baker's claims *with prejudice* – except his claims for retaliatory termination, but including all claims for costs and fees through the effective date of the settlement, even on Baker's retaliatory termination claims.

The parties reached a settlement on all claims except Baker's retaliatory termination claims, which remain pending. If the Court grants this *Stipulated Motion,* all other claims would be dismissed – simplifying, streamlining, and partially-resolving the case. Given the parties' partial settlement, there is no reason to deny this *Stipulated Motion* and every reason to grant it.

If granted, the Court would retain jurisdiction to enforce the parties' (partial) *Settlement Agreement* and deem the settlement of Baker's minimum wage and overtime claims as fair and reasonable.

Respectfully submitted,

| | |
|---|---|
| /s/ *Chris P. Wido* | /s/ *Barry Y. Freeman* |
| Chris P. Wido (0090441) | Barry Y. Freeman (0062040) |
| SPITZ, THE EMPLOYEE'S LAW FIRM | ROETZEL & ANDRESS, LPA |
| 25825 Science Park Drive, Suite 200 | 1375 E. 9th Street, 10th Floor |
| Beachwood, OH 44122 | Cleveland, OH 44114 |
| Telephone:  216.291.4744 | Telephone: (312) 741-0786 |
| Facsimile:  216.291.5744 | Facsimile: (216) 623-0134 |
| Email:  chris.wido@spitzlawfirm.com | Email: bfreeman@ralaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

21344980