UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISIONs

| | | |
|---|---|---|
| BRIAN BAKER, | ) | CASE NO: 1:23-CV-02208 |
| | ) | |
| Plaintiff, | ) | JUDGE: CHARLES ESQUE FLEMING |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF DISMISSAL** |
| | ) | |
| MIDWEST FIRST STAR, INC.., | ) | |
| | ) | |
| Defendant. | | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entirety of this matter is dismissed *without prejudice*. Parties to bear their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Chris Wido* | */s/ Barry Y. Freeman* |
| Chris Wido (0090441) | Barry Y. Freeman, Esq. (0062040) |
| SPITZ, THE EMPLOYEE'S LAW FIRM | ROETZEL & ANDRESS, LPA |
| 3 Summit Park Drive | 1375 E. 9th Street, |
| Suite 200 | 10th Floor |
| Independence, OH 44131 | Cleveland, OH 44114 |
| Phone: (216) 291-4744 | Telephone: (312) 741-0786 |
| Fax: (216) 291-5744 | Facsimile: (216) 623-0134 |
| chris.wido@spitzlawfirm.com | Email: bfreeman@ralaw.com |
| | |
| *Attorney for Plaintiff* | Counsel for Defendants |

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: January 14, 2025